```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10   MARIO WOOTEN,
11             Plaintiff,                  No. CIV S-05-1846 LKK KJM P
12        vs.
13   E. JOHNSON, et al.,
14             Defendants.                 ORDER
15   _____/
```

16    Plaintiff, a county jail inmate, has filed a civil rights action under 42 U.S.C.
17 § 1983 together with a request for leave to proceed in forma pauperis under 28 U.S.C. § 1915.
18 However, the certificate portion of the request which must be completed by plaintiff's institution
19 of incarceration has not been filled out.  Also, plaintiff has not filed a certified copy of his prison
20 trust account statement for the six month period immediately preceding the filing of the
21 complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be given an opportunity to submit a
22 completed application.
23    In accordance with the above, IT IS HEREBY ORDERED that:
24    1. Plaintiff shall submit, within thirty days from the date of this order, a
25 completed affidavit in support of his request to proceed in forma pauperis on the form provided
26 by the Clerk of Court;

1    2.  The Clerk of the Court is directed to send plaintiff a new Application to
2 Proceed In Forma Pauperis By a Prisoner; and
3    3.  Plaintiff shall submit, within thirty days from the date of this order, a certified
4 copy of his prison trust account statement for the six month period immediately preceding the
5 filing and have the certificate portion of his request to proceed in forma pauperis filled out by the
6 institution.
7    4.  Plaintiff's failure to comply with this order will result in a recommendation
8 that this action be dismissed without prejudice.
9 DATED:  October 26, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
woot1846.3c+n