IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO WOOTEN,

    Plaintiff,                       No. CIV S-05-1846 LKK KJM P

    vs.

E. JOHNSON, et al.,

    Defendants.               FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed October 27, 2005, plaintiff was ordered to file an affidavit in support of his request to proceed in forma pauperis and a certified copy of his prison trust account statement within thirty days, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order.

        On October 27, 2005, plaintiff also was served with a new case document form, which has been returned to the court as undeliverable. It appears that petitioner has failed to comply with Local Rule 83-182(f), which requires that a party appearing in propria persona inform the court of any address change.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

1

1       These findings and recommendations are submitted to the United States District
2 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3 days after being served with these findings and recommendations, any party may file written
4 objections with the court and serve a copy on all parties.  Such a document should be captioned
5 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
6 shall be served and filed within ten days after service of the objections.  The parties are advised
7 that failure to file objections within the specified time may waive the right to appeal the District
8 Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
9 DATED: December 16, 2005.

                                                      _____
                                                      UNITED STATES MAGISTRATE JUDGE